| | |
|---|---|
| <u>DEFENDANT</u>: | JESUS ALONSO PIZARRO-ZUBIAS, a.k.a. "Chapito," |
| <u>AGE/YOB</u>: | 1979 |
| <u>COMPLAINT FILED?</u> | _____ Yes    ___X____ No<br><br>If Yes, MAGISTRATE CASE NUMBER_____ |
| <u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT</u>? | __ Yes    __ No |
| <u>OFFENSE(S)</u>: | **Count 1:** Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(ii)(II), (b)(1)(B)(ii)(II), (b)(1)(C) and 846; Conspiracy to distribute and possess with the intent to distribute various amounts of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance<br><br>**Count 18:** 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(ii)(II), 18 U.S.C. § 2; Distribution or Possession with the Intent to Distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance and Aiding and Abetting the Same<br><br>**Count 47:** 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(ii)(II), 18 U.S.C. § 2; Distribution or Possession with the Intent to Distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance and Aiding and Abetting the Same<br><br>**Counts 17, 37, 45, and 46:** Title 21 U.S.C. § 843(b) and (d); Use of a Communication Facility in Connection with Drug Trafficking<br><br>**Count 38:** Title 18, United States Code, Sections 1956(a)(2)(A) and (B)(i); Knowingly and intentionally attempting to transport or transfer funds from a place within the United States to or through a place outside the United States, with the intent to promote the carrying on of specified unlawful activity, specifically conspiracy to distribute and possess with the intent to distribute cocaine |
| <u>LOCATION OF OFFENSE</u>: | Denver County; Denver, Colorado |
| <u>PENALTY</u>: | **Count 1**<br>NLT 10 years,<br>NMT life imprisonment<br>At least 5 years Supervised Release |

$10,000,000 fine
$100 Special Assessment

**Count 18**
NLT 10 years,
NMT life imprisonment
At least 5 years Supervised Release
$10,000,000 fine
$100 Special Assessment

**Count 47**
NLT 5 years,
NMT 40 years
At least 4 years Supervised Release
$5,000,000 fine
$100 Special Assessment

**Counts 17, 37, 45, and 46**
NMT 4 years in prison
NMT 1-year of supervised release
NMT $250,000.00 fine
$100 Special Assessment

**Count 38**
NMT 20 years imprisonment
NLT 5 years Supervised Release
NMT $500,000.00 or twice the value of the property involved in the money laundering transactions
$100 Special Assessment

AGENT:  Michael Gutke
Special Agent, Drug Enforcement Administration

AUTHORIZED BY:  Stephanie Podolak
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

___ five days or less; _X_ over five days

THE GOVERNMENT

 X  will seek detention in this case based on 18 U.S.C. § 3142(f)

The statutory presumption of detention is applicable to this defendant.