DEFENDANT:        NOLOBERTO BURCIAGA-DUARTE,
                            a.k.a. "The Old Man,"

AGE/YOB:         1960

COMPLAINT        _____ Yes    ___X____ No
FILED?

                  If Yes, MAGISTRATE CASE NUMBER_____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?  __ Yes   __ No

OFFENSE(S):     **Count 1:** Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(ii)(II), (b)(1)(B)(ii)(II), (b)(1)(C) and 846;Conspiracy to distribute and possess with the intent to distribute various amounts of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance

                  **Count 27:**  21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(ii)(II); 18 U.S.C. § 2; Distribution and Possession with the Intent to Distribute 500 grams and more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance and Aiding and Abetting the Same

                  **Count 26:**  Title 21 U.S.C. § 843(b) and (d); Use of a Communication Facility in Connection with Drug Trafficking

LOCATION OF     Denver County; Denver, Colorado
OFFENSE:

PENALTY:        **Count 1**
                  NLT 10 years,
                  NMT life imprisonment
                  At least 5 years Supervised Release
                  $10,000,000 fine
                  $100 Special Assessment

                  **Count 27**
                  NLT 5 years
                  NMT 40 years imprisonment
                  At least 4 years Supervised Release
                  $5,000,000 fine
                  $100 Special Assessment

**<u>Count 26</u>**
NMT 4 years in prison
NMT 1-year of supervised release
NMT $250,000.00 fine
$100 Special Assessment

<u>AGENT:</u>            Michael Gutke
                 Special Agent, Drug Enforcement Administration

<u>AUTHORIZED</u>       Stephanie Podolak
<u>BY:</u>               Assistant U.S. Attorney

<u>ESTIMATED TIME OF TRIAL</u>:

___five days or less; __X_ over five days

<u>THE GOVERNMENT</u>

 X  will seek detention in this case based on 18 U.S.C. § 3142(f)

The statutory presumption of detention is applicable to this defendant.