DEFENDANT:          MARIO RUIZ-TAPIA

AGE/YOB:            1970

COMPLAINT          _____ Yes     ___X___ No
FILED?
                   If Yes, MAGISTRATE CASE NUMBER_____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   __ Yes   __ No

OFFENSE(S):        **Count 1:** Title 21, United States Code, Sections 841(a)(1),
                   (b)(1)(A)(ii)(II), (b)(1)(B)(ii)(II), (b)(1)(C) and 846; Conspiracy to
                   distribute and possess with the intent to distribute various amounts
                   of a mixture and substance containing a detectable amount of
                   cocaine, a Schedule II Controlled Substance

                   **Count 45:**  Title 21 U.S.C. § 843(b) and (d); Use of a
                   Communication Facility in Connection with Drug Trafficking

                   **Count 47:**  21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(ii)(II); 18 U.S.C. §
                   2; Distribution and Possession with the Intent to Distribute a mixture
                   and substance containing a detectable amount of cocaine, a
                   Schedule II Controlled Substance and Aiding and Abetting the
                   Same

LOCATION OF        Denver County; Denver, Colorado
OFFENSE:

PENALTY:           **Count 1**
                   NLT 5 years,
                   NMT 40 years imprisonment
                   At least 4 years Supervised Release
                   $5,000,000 fine
                   $100 Special Assessment

                   **Count 45**
                   NMT 4 years in prison
                   NMT 1-year of supervised release
                   NMT $250,000.00 fine
                   $100 Special Assessment

**Count 47**
NLT 5 years,
NMT 40 years imprisonment
At least 4 years Supervised Release
$5,000,000 fine
$100 Special Assessment

AGENT:           Michael Gutke
                 Special Agent, Drug Enforcement Administration

AUTHORIZED       Stephanie Podolak
BY:              Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

___ five days or less; _X__ over five days

THE GOVERNMENT

 X  will seek detention in this case based on 18 U.S.C. § 3142(f)

The statutory presumption of detention is applicable to this defendant.